1  DAVID A. ROSENFELD, Bar No. 058163
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

FILED

2007 SEP -4 PM 12: 56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  ALICE O'BRIEN, Admitted Pro Hac Vice
   BREDHOFF & KAISER PLLC
6  805 15th Street NW
   Washington, DC 20005
7  Telephone 202.842.2600
   Facsimile 202.842.1888
8
   Attorneys for Movants
9  TIM DUBNAU and HUGH WOLFE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCI, LLC | ) No.   CV-06-80319-MISC -CW |
| Plaintiff, | ) WITHDRAWAL OF MOTION TO<br>) QUASH AND REQUEST THAT CASE |
| v. | ) BE CLOSED |
| JOHN DOE | ) |
| Defendants. | ) |

Movants Wolfe and Dubnau hereby notify the Court that the subpoena that was the subject of their motion to quash has been withdrawn (as indicated on the attached Exhibit A). Accordingly, as their motion to quash the subpoena is now moot, movants Wolfe and Dubnau withdraw that motion to quash and respectfully request that the Court direct the Clerk to close this case (which was filed as a miscellaneous action solely for the purpose of litigating the now moot motion to quash). A proposed form of Order is attached hereto as Exhibit B for the convenience of the Court.

//

//

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

WITHDRAWAL OF MOTION TO QUASH; REQUEST TO CLOSE CASE        CASE NO. CV-06-80319-MISC

1  WHEREFORE, Movants Dubnau and Wolfe respectfully request that the Court direct the
2  Clerk to note that they have withdrawn their motion to quash and to close this case.
3  Dated: September 4, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ David A. Rosenfeld
DAVID A. ROSENFELD
Attorneys for Movants
TIM DUBNAU and HUGH WOLFE

BREDHOFF & KAISER PLLC

By: per telephone authorization 08.31.07
ALICE O'BRIEN
Attorneys for Movants
TIM DUBNAU and HUGH WOLFE

114712/464440

Dated: 9/5/7



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

WITHDRAWAL OF MOTION TO QUASH; REQUEST TO CLOSE CASE       CASE NO. CV-06-80319-MISC



4121 WILSON BOULEVARD, SUITE 101 • ARLINGTON, VIRGINIA 22203 • www.i-lawgroup.com • tel.703.243.8100 • fax.703.243.8162

August 24, 2007

**Via Fax**

Yahoo! Inc.
ATTN: Jeff Stanford
701 First Ave
Sunnyvale, CA 94089
(408) 349-3301

Re: Withdrawal of subpoena issued in MCI v. John Doe (1:06CV1161 E.D. VA) Ref# 64237

Dear Mr. Stanford:

Please be advised that MCI's subpoena to Yahoo! in the above referenced matter is hereby being withdrawn. The underlying lawsuit has been settled and a stipulated final judgment has been entered by the Court resolving the issues that prompted us to subpoena Yahoo!. As a result, my client no longer needs to obtain the additional information from Yahoo! sought by the subpoena reference #64237. Thank you very much for your diligence and professionalism in this matter. I appreciate your courtesies. Please contact me if you have any questions about this matter at 703.243.8102.

Very truly yours,

Jon L. Praed
Internet Law Group

cc: Alice O'Brien, Esq. (counsel for defendants)

1  DAVID A. ROSENFELD, Bar No. 058163
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  ALICE O'BRIEN, Admitted Pro Hac Vice
   BREDHOFF & KAISER PLLC
6  805 15th Street NW
   Washington, DC 20005
7  Telephone 202.842.2600
   Facsimile 202.842.1888
8
   Attorneys for Movants
9  TIM DUBNAU and HUGH WOLFE

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

13  MCI, LLC                          ) No.   CV-06-80319-MISC
                                      )
14            Plaintiff,              ) [PROPOSED] ORDER CLOSING CASE
                                      )
15       v.                           )
                                      )
16  JOHN DOE                          )
                                      )
17            Defendants.             )
                                      )

18

19       The Court hereby notes that Movants Wolfe and Dubnau have withdrawn the motion to

20  quash that was the subject of this miscellaneous action and therefore directs the Clerk to close this

21  case.

22       IT IS SO ORDERED.

23

24  Dated:_____

25
                                              _____
26                                                      JUDGE

27

28  114712/468276

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 4, 2007, I served upon the following parties in this action:

Alice O'Brien
Bredhoff & Kaiser PLLC
805 15th Street NW
Washington, DC  20005

Jon L. Praed
Internet Law Group
4121 Wilson Boulevard, Suite 101
Arlington, VA 22203

copies of the document(s) described as:

**WITHDRAWAL OF MOTION TO QUASH AND REQUEST THAT CASE BE CLOSED**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on September 4, 2007.

Jennifer Koffler

114712/453671

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PROOF OF SERVICE